**Concetta TARRO**

v.

**Robert D. TARRO.**

**No. 81–105–M.P.**

Supreme Court of Rhode Island.

April 9, 1981.

Howard I. Lipsey, Providence, for petitioner.

Harold I. Kessler, Providence, for respondent.

### ORDER

The petition for writ of procedendo ad judicium is denied.

■

**Irene DUGAS et al.**

v.

**Alfred H. DUGAS.**

**No. 80–555–A.**

Supreme Court of Rhode Island.

April 16, 1981.

Peter P. D'Amico, Providence, for plaintiffs.

Roberts, Carroll, Feldstein & Tucker, David W. Carroll, Providence, for defendant.

### ORDER

Although summary judgment was granted in this case, it is not clear whether the Superior Court judgment was dispositive of Count II of plaintiffs' complaint. Therefore, pursuant to plaintiffs' motion, this case is remanded to the Superior Court for a specific determination as to plaintiff Irene Dugas' right of action on Count II of plaintiffs' complaint.

■

**David FLANZBAUM**

v.

**SENCO PRODUCTS, INC.**

**No. 80–464–A.**

Supreme Court of Rhode Island.

April 16, 1981.

Pucci & Goldin, Inc., Samuel A. Olevson, Providence, for plaintiff.

Edwards & Angell, Richard M. Borod, Providence, for defendant.

### ORDER

The defendant's motion to remand this case to the Superior Court as prayed is denied without prejudice to defendant's right to raise his argument based upon *Oken v. National Chain Co.*, 424 A.2d 234 (R.I.1980) in a supplemental brief.